NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jerry D Muir,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Safeco Insurance Company of America,<br><br>　　　　　Defendant. | No. CV-17-08134-PCT-JJT<br><br>**ORDER** |

　　　　At issue is the "Notice of Settlement and Dismissal With Prejudice In the Alternative Motion to Dismiss With Prejudice" (Doc. 10) filed by Plaintiff. In his pleading, Plaintiff cited the Notice of Settlement and Dismissal was pursuant to Fed. R. Civ. P. Rule 41(a)(1). The Court cannot grant the dismissal pursuant to Rule 41(a)(1) because (1) the opposing party had previously filed an Answer (Doc. 5); and (2) the stipulation of dismissal was not signed by all parties who have appeared in the case.

　　　　But the Court can grant the Alternative Motion to Dismiss with Prejudice. LRCiv 7.2(i) states in relevant part: "[I]f the opposing party does not serve and file the required answering memoranda . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." The "Notice/Motion" was filed on August 14, 2017, and the time for Defendant to file a response has passed.

　　　　Accordingly,

1    IT IS HEREBY ORDERED granting the Motion to Dismiss With Prejudice (Doc. 10). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending hearings and motions are deemed moot.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for 2:30 p.m. on September 22, 2017.

Dated this 6th day of September, 2017.

*[signature]*

Honorable John J. Tuchi
United States District Judge